IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **HAROLD COMBS,** | : | Case No. 2:15-CV-702 |
| | : | |
| Plaintiff, | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | Magistrate Judge King |
| **JASON BUNTING,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 47.) On January 8, 2016, the Magistrate Judge issued the Report and Recommendation, recommending that Plaintiff's Motion for Interim Injunctive Relief (Doc. 29) be denied and Defendants Bunting, Chattman, Smith, Ohio Department of Classification, Lisath, Harris, Frazier Hospital Center Healthcare Administrator (Mary Roush), and Pickaway Correctional Institution Librarian (Nnacho Igwe) ("Defendants") Motion to Dismiss (Doc. 32) be granted. (Doc. 47 at 14.) The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at 14.) The parties have failed to respond. The deadline for objections lapsed on January 25, 2016.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, Plaintiff's Motion for Interim Injunctive Relief is **DENIED** and Defendants' Motion to Dismiss is **GRANTED**. The clerk is directed to **DISMISS** Defendants Bunting, Chattman, Smith, Ohio Department of Classification, Lisath,

1

Harris, Frazier Hospital Center Healthcare Administrator (Mary Roush), and Pickaway Correctional Institution Librarian (Nnacho Igwe) from this case.

**IT IS SO ORDERED.**

                                              **s/ Algenon L. Marbley**
                                      **ALGENON L. MARBLEY**
                                      **UNITED STATES DISTRICT JUDGE**

**DATED:  February 1, 2016**