**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**HAROLD COMBS,**

       **Plaintiff,**

   **vs.**                                      **Civil Action 2:15-cv-702
                                                Judge Marbley
                                                Magistrate Judge King**

**JASON BUNTING,** *et al.*,

       **Defendants.**

<u>**ORDER**</u>

      Plaintiff, who initiated this action without the assistance of counsel, has apparently died. *See Letter*, ECF No. 52. On April 15, 2016, the Court directed that a motion for substitution be filed no later than July 15, 2016, should plaintiff's successor in interest or representative intend to pursue the claims asserted in this action. *Order*, ECF No. 53 (citing Fed. R. Civ. P. 25(a)(1)). Although the Court specifically warned that, absent such a motion, the claims asserted in this action would be dismissed, *id.*, no such motion has been filed.

      This action is therefore **DISMISSED** pursuant to Fed. R Civ. P. 25(a)(1). The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                                                            /s/ <u>Algenon L. Marbley</u>
                                                   United States District Judge